1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7   EARTH ISLAND INSTITUTE, et al.,

Plaintiffs,

Case No.  14-cv-03101-JST

8

9   v.

10  TOM QUINN, et al.,

**NOTICE OF TELEPHONIC CASE MANAGEMENT CONFERENCE TODAY, JULY 10 AT 3:00 P.M.**

Defendants.

11

12        The Court is aware of the parties' telephone call with the Courtroom Deputy this morning

13  regarding Plaintiffs' anticipated request for injunctive relief.  The Court is also aware that

14  Defendants have filed a motion to sever and to transfer venue, and that they intend to file an

15  administrative motion today to hear the motion to sever and transfer on shortened time.  ECF No.

16  9.  The Court now SETS a telephonic case management conference today, July 10, 2014 at 3:00

17  p.m. for the purpose of discussing these issues.

18        At the conference, the Court also intends to suggest the following schedule for

19  Plaintiffs'motion for a preliminary injunction, assuming the case is not transferred:

20        • Plaintiffs' motion for a preliminary injunction due July 14;

21        • Defendants' opposition due July 18;

22        • Plaintiffs' reply brief due July 23; and

23        • Hearing on the motion July 28, 2014 at 9:30 a.m.

24        The parties should also be prepared to discuss a schedule for briefing and hearing

25  Defendants' pending motion to sever and transfer venue, which the Court intends to hear on

26  shortened time regardless of whether a motion to shorten time is filed.

27  / / /

28  / / /

United States District Court
Northern District of California

1       The parties are ordered to provide the Courtroom Deputy with a direct-dial telephone

2   number at which they both may be reached for today's conference by 1:30 p.m.

3       **IT IS SO ORDERED.**

4   Dated:  July 10, 2014

5                                                              _____
                                                               JON S. TIGAR
6                                                              United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California